**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THOMAS GINGRICH,                     : No. 63 MAL 2023
                                     :
                    Petitioner       :
                                     : Petition for Allowance of Appeal
                                     : from the Order of the
        v.                           : Commonwealth Court
                                     :
                                     :
UNEMPLOYMENT COMPENSATION            :
BOARD OF REVIEW,                     :
                                     :
                    Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.